1472

## MOTION DOCKET

**96–2352.   State ex rel. Libecap v. Indus. Comm.**
Franklin App. No. 96APD01–29.   On motion for order to show cause.   Motion denied.
   F.E. SWEENEY, J., dissents.

**98–675.   State ex rel. Haylett v. Ohio Bur. of Workers' Comp.**
In Mandamus and Prohibition.   On request for oral argument.   Request granted.
   COOK, J., dissents.

**98–837.   State ex rel. Dist. 1199, Health Care & Social Serv. Union, SEIU, AFL/CIO v. Lawrence Cty. Gen. Hosp.**
In Mandamus.   On bill and documentation in support of request for attorney fees.
   IT IS ORDERED by the court that relators' counsel submit evidence of the actual hourly rate for attorney fees they charged to relators within ten days of the date of this entry.   See, *e.g., State ex rel. Gannett Satellite Info. Network, Inc. v. Petro* (1998), 81 Ohio St.3d 1234, 690 N.E.2d 11.

**98–1059.   Lancaster v. Fairfield Cty. Budget Comm.**
Board of Tax Appeals, Nos. 97–D–1172 and 97–D–1173.   On motion to dismiss.   Motion denied.